WILL OF ROSEWALL: HOUDEK, Appellant, vs. SMITH, Respondent.

For the appellant: *Elmer W. Roller* of Milwaukee.
For the respondent: *L. D. Potter* of Racine.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on May 17, 1938.

LERUM, Administrator, Appellant, vs. DAVIDSON, Respondent.

For the appellant: *L. C. Gunderson* of Madison.
For the respondent: *Ela, Christianson & Ela* of Madison.

*By the Court.*—Judgment affirmed.